## PETER AUDRAIN

v.

## SOLOMON SIBLEY, CHRISTIAN HOFFMAN, WILLIAM C. CREIGHTON AND JONATHAN WILLIAMS, EXECUTORS OF THE LAST WILL AND TESTAMENT OF GEORGE HOFFMAN, DECEASED

### 1811

### JOURNAL ENTRIES

1. Declaration filed; plea; issue . . . . . . . *Journal, infra,* *p. 380
2. Reference . . . . . . . . . . . . . " 386
3. Award of referees . . . . . . . . . . . . " 391
4. Judgment . . . . . . . . . . . . . " 394

### PAPERS IN FILE

1. Summons and return . . . . . . . . . . *Printed in Vol. 2*
2. Declaration; plea . . . . . . . . . . . . . .
3. Award of referees . . . . . . . . . . . . . .